UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-32728-H4-7 |
| | § | |
| McCollom Interests, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Rodney D. Tow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $569,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $9,317.80 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $15,876.26 | | |

3)   Total gross receipts of $25,194.06  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $25,194.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $604,742.00 | $580,295.36 | $574,977.26 | $1,256.80 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $16,628.17 | $16,628.17 | $15,876.26 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $15,848.71 | $15,848.71 | $8,061.00 |
| General Unsecured Claims (from **Exhibit 7**) | $553,807.16 | $265,213.95 | $265,213.95 | $0.00 |
| **Total Disbursements** | $1,158,549.16 | $877,986.19 | $872,668.09 | $25,194.06 |

4). This case was originally filed under chapter 7 on 05/06/2013. The case was pending for 55 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/13/2017    By:   /s/ Rodney D. Tow
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1853 Dolphin, Seabrook, TX | 1110-000 | $19.03 |
| Easements-Reserves in Oak Ridge Meadows | 1110-000 | $7,500.00 |
| Pacific Ridge, Baytown LLC | 1129-000 | $17,000.00 |
| REFUND OF UNUSED DEPOSITS FROM PACIFIC RIDGE DEVELOPMENT COMPANY, LLC | 1229-000 | $675.03 |
| **TOTAL GROSS RECEIPTS** | | **$25,194.06** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Trinity, a divison of Bank of the West | 4210-000 | $70,000.00 | $70,294.63 | $70,294.63 | $0.00 |
| 2A | Harris County et al | 4110-000 | $0.00 | $5,318.10 | $5,318.10 | $0.00 |
| 2 | Harris County et al | 4800-000 | $0.00 | $5,318.10 | $0.00 | $0.00 |
| 5 | Clear Creek Independent School District | 4800-000 | $0.00 | $5,755.29 | $5,755.29 | $0.00 |
| 6 | Barbers Hill Independent School District | 4800-000 | $0.00 | $77,032.16 | $77,032.16 | $0.00 |
| 7 | Chambers County Tax Office | 4800-000 | $0.00 | $33,403.80 | $33,403.80 | $0.00 |
| 9 | Komatsu Financial Limited Partnership | 4210-000 | $60,000.00 | $75,456.62 | $75,456.62 | $0.00 |
| 10 | Cadence Bank, N.A. | 4110-000 | $200,000.00 | $226,015.90 | $226,015.90 | $0.00 |
| 11 | Cadence Bank, N.A. | 4110-000 | $200,000.00 | $80,443.96 | $80,443.96 | $0.00 |
| | Cadence Bank NA | 4110-000 | $74,742.00 | $0.00 | $0.00 | $0.00 |
| | Clear Creek ISD | 4700-000 | $0.00 | $640.86 | $640.86 | $640.86 |
| | Harris County Tax Assessor-Collector | 4700-000 | $0.00 | $615.94 | $615.94 | $615.94 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $604,742.00 | $580,295.36 | $574,977.26 | $1,256.80 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rodney D. Tow, Trustee | 2100-000 | NA | $3,269.41 | $3,269.41 | $2,517.50 |
| George Adams & Co. | 2300-000 | NA | $8.52 | $8.52 | $8.52 |
| International Sureties | 2300-000 | NA | $9.42 | $9.42 | $9.42 |
| FRAN CATCHINGS | 2420-000 | NA | $220.00 | $220.00 | $220.00 |
| Jose De Jesus | 2420-000 | NA | $150.00 | $150.00 | $150.00 |
| Rafael Guerro | 2420-000 | NA | $200.00 | $200.00 | $200.00 |
| Keever Law Firm- Escrow Fee | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| Keever Law Firm- Title Insurance | 2500-000 | NA | $438.00 | $438.00 | $438.00 |
| Processing Solutions, Inc.- Tax Certificate | 2500-000 | NA | $89.95 | $89.95 | $89.95 |
| Green Bank | 2600-000 | NA | $671.55 | $671.55 | $671.55 |
| Integrity Bank | 2600-000 | NA | $42.73 | $42.73 | $42.73 |
| Harris County Tax Assessor-Collector | 2820-000 | NA | $15.53 | $15.53 | $15.53 |
| Keever Law, PLLC | 2990-000 | NA | $150.00 | $150.00 | $150.00 |
| Cooper & Scully, Attorney for Trustee | 3210-000 | NA | $6,440.00 | $6,440.00 | $6,440.00 |
| Cooper & Scully, PC, Attorney for Trustee | 3220-000 | NA | $405.91 | $405.91 | $405.91 |
| WILLIAM G. WEST, P.C., Accountant for Trustee | 3410-000 | NA | $2,866.84 | $2,866.84 | $2,866.84 |
| WILLIAM G. WEST, P.C., Accountant for Trustee | 3420-000 | NA | $50.31 | $50.31 | $50.31 |
| PS Realty Advisors, Appraiser for Trustee | 3711-000 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $16,628.17 | $16,628.17 | $15,876.26 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | Comptroller of | 5800-000 | $0.00 | $15,848.71 | $15,848.71 | $8,061.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| | Public Accounts | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $15,848.71 | $15,848.71 | $8,061.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | John R. Hindman | 7100-000 | $5,800.00 | $6,889.50 | $6,889.50 | $0.00 |
| 4 | Pacific Ridge Development Company, LLC | 7100-000 | $160,000.00 | $120,470.61 | $120,470.61 | $0.00 |
| 8 | Florentino G. Martinez, Melissa J. | 7100-000 | $31,000.00 | $34,000.00 | $34,000.00 | $0.00 |
| 12 | Kyle R. Sears, Attorney | 7100-000 | $58,637.00 | $58,600.39 | $58,600.39 | $0.00 |
| 13 | JJH Law | 7100-000 | $36,983.16 | $45,253.45 | $45,253.45 | $0.00 |
| | Caterpillar Financial Services Corp. | 7100-000 | $190,000.00 | $0.00 | $0.00 | $0.00 |
| | Citibank SD, NA | 7100-000 | $6,887.00 | $0.00 | $0.00 | $0.00 |
| | Four Seasons Equipment, Inc. | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
| | Harris County Flood Control | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | John Boswell | 7100-000 | $49,000.00 | $0.00 | $0.00 | $0.00 |
| | Start & Busch, LLC | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Equipment Financing, Inc. | 7100-000 | $10,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $553,807.16 | $265,213.95 | $265,213.95 | $0.00 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1     Exhibit 8

| Case No.: | 13-32728-H4-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | MCCOLLOM INTERESTS, LLC | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| For the Period Ending: | 12/13/2017 | §341(a) Meeting Date: | 06/28/2013 |
| | | Claims Bar Date: | 03/10/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1853 Dolphin, Seabrook, TX | $110,000.00 | $24,758.00 | | $19.03 | FA |
| Asset Notes: | Stay Lifted on 5/20/2014 #49 | | | | | |
| 2 | Easements-Reserves in Oak Ridge Meadows | $75,000.00 | $7,500.00 | | $7,500.00 | FA |
| Asset Notes: | Order 1/6/2015 #64 Report of Sale 9/10/2015 # | | | | | |
| 3 | Pacific Ridge, Baytown LLC | $50,000.00 | $17,000.00 | | $17,000.00 | FA |
| Asset Notes: | 12/17/2013 #35 | | | | | |
| 4 | Seabrook Venture Two | $114,000.00 | $0.00 | | $0.00 | FA |
| 5 | McCollom Interests, LLC claims against Seabrook Venture II, G.P. | $307,000.00 | $0.00 | | $0.00 | FA |
| 6 | Future rights in McCollom Interest, LLC in pipeline easement payments | $75,000.00 | $7,500.00 | | $0.00 | FA |
| Asset Notes: | Duplicate of Asset 2 | | | | | |
| 7 | Laser equipment, copiers, furniture, all in John Boswell's possession. | $73,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 12/17/2013 #35 | | | | | |
| 8 | REFUND OF UNUSED DEPOSITS FROM PACIFIC RIDGE DEVELOPMENT COMPANY, LLC (u) | $0.00 | $675.03 | | $675.03 | FA |

**TOTALS (Excluding unknown value)**   $804,000.00   $57,433.03   $25,194.06

**Gross Value of Remaining Assets**   $0.00

**Major Activities affecting case closing:**

| 09/30/2017 | JW-THE TRUSTEE IS WAITING FOR ALL CHECKS TO CLEAR. AS SOON AS THEY CLEAR HE WILL SUBMIT HIS TDR |
| 09/19/2017 | JW-TRUSTEE FILED A BREIF REGARDING HIS FEE APPLICATION |
| 09/19/2017 | JW-TRUSTEE ISSUED CHECKS PER TFR |
| 09/12/2017 | JW-THE COURT APPROVED TRUSTEE'S FEE APPLICATION |
| 07/20/2017 | JW-THE COURT SET THE TRUSTEE'S FOR A HEARING. HEARING WILL BE HELD ON 9/6/2017 |
| 06/21/2017 | JW-UST APPROVED TRUSTEE'S TFR AND IT WAS FILED WITH THE COURT |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2   Exhibit 8

| Case No.: | 13-32728-H4-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | MCCOLLOM INTERESTS, LLC | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| For the Period Ending: | 12/13/2017 | §341(a) Meeting Date: | 06/28/2013 |
| | | Claims Bar Date: | 03/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 04/25/2017 | JW-TRUSTEE SUBMITTED HIS TFR TO THE UST |
| 04/11/2017 | JW-ORDER AUTORIZING THE EMPLOYMENT OF APPRAISER NUNC PRO TUNC WAS ENTERED |
| 02/27/2017 | JW-TRUSTEE FILED AN APPLICATION TO EMPLOY PAUL SMITH AS APPRAISER |
| 12/22/2016 | JW-MEMORANDUM AND ORDER DISMISSING APPEAL WAS ENTERED |
| 09/27/2016 | JW-NOTICE OF DOCKETNG APPEAL WAS TRANSMITTED TIO THE US DISTRICT COURT |
| 08/29/2016 | JW-TRUSTEE FILED STATEMENT OF ISSUES ON APPEAL |
| 08/24/2016 | JW-TRUSTEE FILED AN AMENDED NOTICE OF APPEAL |
| 08/19/2016 | JW-ORDER REGARDING COOPER AND SCULLY'S MOTION TO DEEM FEES AS FINAL WAS APPROVED |
| 06/24/2016 | JW-COOPER AND SCXULLY FILED A MOTION TO DEEM FIRST INTERIM FEE APPLICATION AS FINAL |
| 06/23/2016 | JW-TRUSTEE FILED NOTICE OF APPEAL |
| 06/13/2016 | JW-UST FILED NOTICE OF DISTRIBUTION OF MEMORANDUM OPINION |
| 06/10/2016 | JW-COURT ISSUED MEMORANDUM REGARDING COOPER AND SCULLY'S FINAL FEE APPLICATION |
| 06/10/2016 | JW-ORDER REGAING COOPER AND SCULLY'S FINAL FEE APPLICATION WAS ENTERED |
| 03/28/2016 | JW-TRUSTEE SUBMITTED HIS FINAL REPORT TO THE UST |
| 03/24/2016 | JW-COOPER AND SCULLY WITHDREW THEIR FEE APPLICATION |
| 02/08/2016 | JW-COURT SET COOPER AND SCULLY'S FEE APPLICATION FOR HEARING FOR 2/12/2016 |
| 01/14/2016 | JW-ORDER GRANTING ACCOUNTANT'S FEE APPLICATION WAS APPROVED |
| 12/16/2015 | JW-COOPER AND SCULLY FILED THEIR FINAL FEE APPLICATION |

| Case No.: | 13-32728-H4-7 | | | Trustee Name: | Rodney Tow |
| Case Name: | MCCOLLOM INTERESTS, LLC | | | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| For the Period Ending: | 12/13/2017 | | | §341(a) Meeting Date: | 06/28/2013 |
| | | | | Claims Bar Date: | 03/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/11/2015   RT email to MD, CL, BW, and JW

I think everything in this case has been completed and we can prepare the TFR.  Bill West's order was entered in 9/2014 so we will need him to file final tax returns.

Micah and Chris, can you get your final fee application on file?  But, before you do that, was Pacific Ridge supposed to withdraw its claim?  Isn't that the guy who hired Porter & Hedges?  What about Kyle Sears, do we need to object to his claim?

Thanks,

Rodney


Rodney Tow
Rodney Tow, PLLC
(Mail Only)
2211 Rayford Road, Ste. 111-238
Spring, TX  77386
(281) 429-8300

Please be advised that nothing in this e-mail is intended to establish an attorney-client relationship absent a signed agreement between this law firm and the proposed client.This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

09/10/2015   JW-Trustee's Report of Sale Filed
01/06/2015   JW-ORDER GRANTING TRUSTEE'S MOTION TO SELL WAS APPROVED.
12/02/2014   JW-TRUSTEE FILED AN AMENDED MOTION TO SELL PROPERTY.
09/26/2014   JW-COURT APPROVED ORDER EMPLOYING ACCOUNTANT.
09/16/2014   JW-TRUSTEE FILED AN APPLICATION TO EMPLOY AN ACCOUNTANT.
08/13/2014   JW-MOTION TO SELL WAS WITHDRAWN.
07/24/2014   JW-MOTION TO SELL PROPERTY WAS FILED.
06/13/2014   JW-ORDER APPROVING COOPER & SCULLY, PC'S FIRST FEE APPLICATION WAS ENTERED.
05/20/2014   JW-COURT APPROVED ORDER LIFTING STAY REGARDING DOLPHIN PROPERTY.
05/08/2014   JW-COOPER & SCULLY FILED AN INTERIM FEE APPLICATION.

| Case No.: | 13-32728-H4-7 | | | Trustee Name: | Rodney Tow |
| Case Name: | MCCOLLOM INTERESTS, LLC | | | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| For the Period Ending: | 12/13/2017 | | | §341(a) Meeting Date: | 06/28/2013 |
| | | | | Claims Bar Date: | 03/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/25/2014   RT: email from Marc Schneider regarding a client offering to purchase the Dolphin property.  I replied that there was an mls and gave him attorney names.  I told him I would email them.  MLS denied because it was not signed.  Wrote email to attys telling of $55k offer and asking if they want me to sell.

04/25/2014   JW-CADENCE FILED A MLS REGARDING DOLPHIN PROPERTY.

04/18/2014   JW-COURT DENIED MLS FILED BY CADENCE BANK.

04/11/2014   JW-CADENCE BANK FILED MLS AS TO 1853 DOLPHIN DRIVE.

04/02/2014   RT email to Fran, Marc, and JW: and forwarded to chris and micah

I found a letter from Robbie Osborne (2810 633-9900 to me regarding the Dolphin drive property.  He works with Bruce Badger.  He stated in July of 2013 that he was going to move to lift the stay.  My notes indicate there may be a 2d lien but I think that is not the case.  I told Robbie's secretary that if Cadence Bank, the lender, wanted to lift the stay that was fine but if they want to do a short sale to let me know.

Let's see the response.

Rodney

04/02/2014   RT call from Theresa and sent the following email to Fran, Marc, JW, Chiris and Micah:

Fran and Marc,

Theresa from Robbie Osborne's office called back.  She wants to know the amounts of the offers so they can tell their client, Cadence Bank.  She is on this email stream and so you can reply to this and we can get this resolved quickly.

Rodney

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 5         Exhibit 8

| Case No.: | 13-32728-H4-7 | | | Trustee Name: | Rodney Tow |
| Case Name: | MCCOLLOM INTERESTS, LLC | | | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| For the Period Ending: | 12/13/2017 | | | §341(a) Meeting Date: | 06/28/2013 |
| | | | | Claims Bar Date: | 03/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

04/02/2014    RT emails with Marc

This is what I have from Schedule A.  Fran may have more information.  I'm sure the loan is much larger.

1853 Dolphin, Seabrook, TX Ownership H $110,000.00 $74,742.00


Rodney Tow
Tow & Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77384
281-681-9100
832-482-3979 (fax)

Please be advised that nothing in this e-mail is intended to establish an attorney-client relationship absent a signed agreement between this law firm and the proposed client.This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

From: Marc Schneider [mailto:marcs@ws-law.com]
Sent: Wednesday, April 02, 2014 11:02 AM
To: Rodney Tow
Subject: RE: Seabrook Property in McCollom Estate

Rodney:
Could you have someone send me some information on the property before I call the client?

Marc H. Schneider
Waldron & Schneider, L.L.P.
15150 Middlebrook Drive
Houston, TX  77058
Phone: (281) 488-4438
Fax:    (281) 488-4597
marcs@ws-law.com

FORM 1
INDIGUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 6        Exhibit 8

| Case No.: | 13-32728-H4-7 | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- |
| Case Name: | MCCOLLOM INTERESTS, LLC | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| For the Period Ending: | 12/13/2017 | §341(a) Meeting Date: | 06/28/2013 |
| | | Claims Bar Date: | 03/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT
IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this message is not the intended recipient, or the employee
or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is
strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. Thank
you.

From: Rodney Tow [mailto:rtow@towkoenig.com]
Sent: Wednesday, April 02, 2014 10:58 AM
To: francatchings@sbcglobal.net; Marc Schneider; Julie Warren
Subject: Seabrook Property in McCollom Estate

I found a letter from Robbie Osborne (2810 633-9900) to me regarding the Dolphin drive property.  He works with Bruce Badger.  He stated in July of 2013 that he was going to move to lift the stay.  My notes indicate there may be a 2d lien but I think that is not the case.  I told Robbie's secretary that if Cadence Bank, the lender, wanted to lift the stay that was fine but if they want to do a short sale to let me know.

Let's see the response.

Rodney



Rodney Tow
Tow & Koenig, PLLC
26219 Oak Ridge Drive
The Woodlands, TX 77384
281-681-9100
832-482-3979 (fax)

Please be advised that nothing in this e-mail is intended to establish an attorney-client relationship absent a signed agreement between this law firm and the proposed client.This message
and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe
this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

| 02/11/2014 | JW-COURT APPROVE EMPLOYMENT OF COOPER & SCULLY, PC. |
| --- | --- |
| 12/17/2013 | JW-ORDER GRANTING APPLICATION TO APPROVE CONTROVERSY WAS ENTERED. |

| Case No.: | 13-32728-H4-7 | Trustee Name: | Rodney Tow |
| Case Name: | MCCOLLOM INTERESTS, LLC | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| For the Period Ending: | 12/13/2017 | §341(a) Meeting Date: | 06/28/2013 |
| | | Claims Bar Date: | 03/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

11/27/2013   JW-TRUSTEE FILED AN APPLICATION TO EMPLOY REALTOR.

11/14/2013   RT: Call from Mae Wright. 281-291-5735

The door on the dolphin property is open.

11/07/2013   JW-TRUSTEE FILED A MOTION TO COMPROMISE CONTROVERSY.

10/17/2013   JW-TRUSTEE FILED AN APPLICATION TO EMPLOY COOPER & SCULLY.

09/20/2013   RT 341 Notes: Mr. McCollom says that the JV Agreement says that the property cannot be sold without my approval. He owns 2.8%. Mr. McCollom says that it has survey stakes on it so there must be a contract. I asked Mr. Darden, the attorney for Pacific, to provide me with a copy of the sales contract, if any.

McCollom has a quantum meruit claim against the JV in which it owned 2.8%. The QM claim is based on spread and compact clay and installed infrastructure. $53,300, $144k, and so Mr. McCollum is owed $198,267. There is also a breach of contract and promissory estoppel. They will upload a copy of the third amended petition. There is a DWOP for October 16. File a suggestion of bankruptcy. Kyle Sears is the attorney, 808 Travis, 20th floor. Sears@mdjwlaw.com

At one point it was under contract at $2/foot. Zoned R1. This is near the Grand Parkway extension.

Need to get a value on the property on Dolphin.

The Trinity proof of claim is based on a financing lease. Can we give the equipment back and limit the damages. Mr. McCollom says that the claim is barred by statute of limitations.

There is another agreement called Pacific Ridge Baytown with Mr. Boswell and there are about $20k to $25k in improvements. Boswell sold the property--10700 I10 East, Baytown Texas.

MCI paid $826k to Seabrook Venture II for 1/2 interest in the property. Raw land, no infrastructure, no streets, no blvd. This may be a valuable piece of property

Asset Case

09/05/2013   RT: call from Mr. Darden. His client owns the remaining interest in the property in which the debtor owns 2.8%. they want to make an offer.

08/21/2013   N.O. No Docs.

07/26/2013   RT 341 Notes--reset because attorney was unable to appear.

06/28/2013   RT 341 Notes--reset to July 26, 2013 at 1:00 PM

06/26/2013   N.O. No Docs.

06/24/2013   ***RODNEY A CREDITOR WANTS TO BE CONFERENCE CALLED ,THEY ARE OUT OF STATE JOSEPH HADDAD 1-503-552-1467.****

Larry called - client will be out of town on Friday so he will show up for a reset and list of docs you want.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 8    Exhibit 8

| Case No.: | 13-32728-H4-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | MCCOLLOM INTERESTS, LLC | Date Filed (f) or Converted (c): | 05/06/2013 (f) |
| For the Period Ending: | 12/13/2017 | §341(a) Meeting Date: | 06/28/2013 |
|  |  | Claims Bar Date: | 03/10/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/20/2013   N.O. I called TES & they put this case into the system.,however they inputed the other Trustee's 341 date so I deleted it & enterwhat the court assigned it 6/28/2013 @1:00.
06/05/2013   JW-RODNEY TOW WAS APPOINTED TRUSTEE.

Initial Projected Date Of Final Report (TFR):   11/02/2015      Current Projected Date Of Final Report (TFR):   01/16/2017      /s/ RODNEY TOW
                                                                                                                              RODNEY TOW

| | | | | | Page No: 1 | Exhibit 9 |
|---|---|---|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | |
|---|---|---|---|---|
| Case No. | 13-32728-H4-7 | | Trustee Name: | Rodney Tow |
| Case Name: | MCCOLLOM INTERESTS, LLC | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***5821 | | Checking Acct #: | ******2728 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 5/6/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | | Green Bank | Transfer Funds | 9999-000 | $11,579.66 | | $11,579.66 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $7.23 | $11,572.43 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.86 | $11,555.57 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $18.64 | $11,536.93 |
| 09/19/2017 | 5001 | WILLIAM G. WEST, P.C. | Distribution on Claim #: ; | 3410-000 | | $190.09 | $11,346.84 |
| 09/19/2017 | 5002 | WILLIAM G. WEST, P.C. | Distribution on Claim #: ; | 3420-000 | | $3.34 | $11,343.50 |
| 09/19/2017 | 5003 | Cooper & Scully, PC | Distribution on Claim #: ; | 3210-000 | | $765.00 | $10,578.50 |
| 09/19/2017 | 5004 | Rodney D. Tow | Trustee Compensation | 2100-000 | | $2,517.50 | $8,061.00 |
| 09/19/2017 | 5005 | Comptroller of Public Accounts | Distribution on Claim #: 14; | 5800-000 | | $8,061.00 | $0.00 |
| | | | TOTALS: | | $11,579.66 | $11,579.66 | $0.00 |
| | | | Less: Bank transfers/CDs | | $11,579.66 | $0.00 | |
| | | | Subtotal | | $0.00 | $11,579.66 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $11,579.66 | |

| For the period of 5/6/2013 to 12/13/2017 | | For the entire history of the account between 01/20/2017 to 12/13/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $11,579.66 | Total Internal/Transfer Receipts: | $11,579.66 |
| | | | |
| Total Compensable Disbursements: | $11,579.66 | Total Compensable Disbursements: | $11,579.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $11,579.66 | Total Comp/Non Comp Disbursements: | $11,579.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-32728-H4-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | MCCOLLOM INTERESTS, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5821 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 5/6/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2013 | (8) | AMERICAN ARBITRATION ASSOCIATION | REFUND OF UNUSED DEPOSITS | 1229-000 | $675.03 | | $675.03 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.03 | $675.00 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.15 | $673.85 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.98 | $672.87 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.08 | $671.79 |
| 11/21/2013 | 3001 | Rafael Guerro | Replace Locks and Secure Premises | 2420-000 | | $200.00 | $471.79 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.05 | $470.74 |
| 12/30/2013 | (3) | Pacific Ridge Development | 12/17/2013 #35 | 1129-000 | $17,000.00 | | $17,470.74 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.62 | $17,469.12 |
| 01/13/2014 | 3002 | Jose De Jesus | Removal of trash and debris and lawn mowed | 2420-000 | | $150.00 | $17,319.12 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $29.91 | $17,289.21 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $25.19 | $17,264.02 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $26.06 | $17,237.96 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $26.91 | $17,211.05 |
| 05/12/2014 | 3003 | Keever Law, PLLC | Title Report | 2990-000 | | $150.00 | $17,061.05 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $28.66 | $17,032.39 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $25.93 | $17,006.46 |
| 07/01/2014 | 3004 | Cooper & Scully, PC | 6/13/2014 #51 | 3210-000 | | $6,440.00 | $10,566.46 |
| 07/01/2014 | 3005 | Cooper & Scully, PC | 6/13/2014 #51 | 3220-000 | | $405.91 | $10,160.55 |
| 07/01/2014 | 3006 | FRAN CATCHINGS | Clean and inspection of property | 2420-000 | | $220.00 | $9,940.55 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.85 | $9,921.70 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $16.77 | $9,904.93 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.17 | $9,889.76 |
| 10/08/2014 | 3007 | George Adams & Co. | Bond Payment | 2300-000 | | $8.52 | $9,881.24 |
| 10/29/2014 | 3008 | PS Realty Advisors | Appraiser Fee | 3711-000 | | $1,300.00 | $8,581.24 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.23 | $8,564.01 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.78 | $8,550.23 |
| | | | SUBTOTALS | | $17,675.03 | $9,124.80 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3   Exhibit 9

| Case No. | 13-32728-H4-7 | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- |
| Case Name: | MCCOLLOM INTERESTS, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5821 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 5/6/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.03 | $8,536.20 |
| 01/12/2015 | 3003 | STOP PAYMENT: Keever Law, PLLC | Title Report | 2990-004 | | ($150.00) | $8,686.20 |
| 01/12/2015 | 3009 | Keever Law, PLLC | Title Report | 2990-000 | | $150.00 | $8,536.20 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.36 | $8,521.84 |
| 02/23/2015 | | American Title Company og Houston | 1/6/2015 #64 | * | $5,399.72 | | $13,921.56 |
| | {2} | | 1/6/2015 #64                $7,500.00 | 1110-000 | | | $13,921.56 |
| | | | Keever Law Firm- Title Insurance    $(438.00) | 2500-000 | | | $13,921.56 |
| | | | Keever Law Firm- Escrow Fee       $(300.00) | 2500-000 | | | $13,921.56 |
| | | | Processing Solutions, Inc.- Tax Certificate    $(89.95) | 2500-000 | | | $13,921.56 |
| | | | Harris County Tax Assessor-Collector    $(615.94) | 4700-000 | | | $13,921.56 |
| | | | Clear Creek ISD                $(640.86) | 4700-000 | | | $13,921.56 |
| | | | Harris County Tax Assessor-Collector    $(15.53) | 2820-000 | | | $13,921.56 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.38 | $13,907.18 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.71 | $13,885.47 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.68 | $13,863.79 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.37 | $13,841.42 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.61 | $13,819.81 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $23.73 | $13,796.08 |
| 08/11/2015 | (1) | The Bankruptcy Estate of Olayinka Omotosho | Received from American Title it is for overpaid taxes- The funds were placed in wrong estate's account and are now being returned to correct estate. | 1110-000 | $19.03 | | $13,815.11 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.84 | $13,794.27 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.54 | $13,772.73 |
| 10/06/2015 | 3010 | International Sureties | Blanket Bond | 2300-000 | | $5.52 | $13,767.21 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.94 | $13,744.27 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $20.75 | $13,723.52 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $22.14 | $13,701.38 |
| 01/14/2016 | 3011 | WILLIAM G. WEST, P.C. | 1/14/2016 #70 | 3410-000 | | $2,676.75 | $11,024.63 |
| 01/14/2016 | 3012 | WILLIAM G. WEST, P.C. | 1/14/2016 #70 | 3420-000 | | $46.97 | $10,977.66 |
| | | | SUBTOTALS | | $5,418.75 | $2,991.32 | |

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-32728-H4-7 | | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- | --- |
| Case Name: | MCCOLLOM INTERESTS, LLC | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5821 | | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Checking |
| For Period Beginning: | 5/6/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $22.10 | $10,955.56 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $16.97 | $10,938.59 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.65 | $10,920.94 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.62 | $10,903.32 |
| 07/06/2016 | | Cooper & Scully | Refund | 3210-002 | | ($765.00) | $11,668.32 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $19.43 | $11,648.89 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $17.58 | $11,631.31 |
| 11/22/2016 | 3013 | International Sureties | Bond | 2300-000 | | $3.90 | $11,627.41 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.16 | $11,609.25 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $18.73 | $11,590.52 |
| 01/20/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.86 | $11,579.66 |
| 01/20/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $11,579.66 | $0.00 |
| | | | **TOTALS:** | | $23,093.78 | $23,093.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $11,579.66 | |
| | | | **Subtotal** | | $23,093.78 | $11,514.12 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $23,093.78 | $11,514.12 | |

| For the period of 5/6/2013 to 12/13/2017 | | For the entire history of the account between 07/30/2013 to 12/13/2017 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $25,194.06 | Total Compensable Receipts: | $25,194.06 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,194.06 | Total Comp/Non Comp Receipts: | $25,194.06 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $13,614.40 | Total Compensable Disbursements: | $13,614.40 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,614.40 | Total Comp/Non Comp Disbursements: | $13,614.40 |
| Total Internal/Transfer Disbursements: | $11,579.66 | Total Internal/Transfer Disbursements: | $11,579.66 |

Page No: 5     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-32728-H4-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | MCCOLLOM INTERESTS, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5821 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 5/6/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/13/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $23,093.78 | $23,093.78 | $0.00 |

| For the period of 5/6/2013 to 12/13/2017 | | For the entire history of the case between 05/06/2013 to 12/13/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,194.06 | Total Compensable Receipts: | $25,194.06 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,194.06 | Total Comp/Non Comp Receipts: | $25,194.06 |
| Total Internal/Transfer Receipts: | $11,579.66 | Total Internal/Transfer Receipts: | $11,579.66 |
| | | | |
| Total Compensable Disbursements: | $25,194.06 | Total Compensable Disbursements: | $25,194.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,194.06 | Total Comp/Non Comp Disbursements: | $25,194.06 |
| Total Internal/Transfer Disbursements: | $11,579.66 | Total Internal/Transfer Disbursements: | $11,579.66 |

/s/ RODNEY TOW

RODNEY TOW